THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STEVEN LEGINO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BERING STAR, LLC and DERWIN H. HOSTETLER, III,<br><br>　　　　　Defendants. | CASE NO. C16-1691-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The plaintiff has filed a notice of voluntary dismissal and proposed order (Dkt. No. 6). Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this notice is self-executing, and this action is DISMISSED without prejudice. The Clerk is directed to CLOSE this case.

DATED this 9th day of March 2017.

　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/Paula McNabb
　　　　　　　　　　　　　　　　　　Deputy Clerk